UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cr-56-PPS-APR |
| | ) | |
| NARVEL WHITFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

No objections have been timely filed to the findings and recommendation of United States Magistrate Andrew P. Rodovich concerning defendant Narvel Whitfield's plea of guilty. Without objection, then, I adopt Judge Rodovich's findings that defendant understands the matters enumerated in Fed. R. Crim. P. 11(b)(1), that defendant is competent to enter a plea of guilty, that defendant voluntarily wishes to plead guilty to the charge against him, and that there exists a factual basis for the plea.

ACCORDINGLY: Judge Rodovich's Findings and Recommendation [DE 28] are ACCEPTED AND ADOPTED; Defendant Narvel Whitfield's plea of guilty to Count 1 of the Indictment, a charge of distribution of cocaine base (crack) in violation of 18 U.S.C. § 841(a)(1), is ACCEPTED, and he is adjudged guilty of that offense.

SO ORDERED on August 17, 2020.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT